JANUARY 23, 1997

No. 96–7584 (A–524). GREENAWALT v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

JANUARY 28, 1997

No. 96–7635 (A–535). SCHNEIDER v. MISSOURI. Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

FEBRUARY 6, 1997

No. 96–7691 (A–545). GEORGE v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

FEBRUARY 7, 1997

No. 96–270. AMCHEM PRODUCTS, INC., ET AL. v. WINDSOR ET AL. C. A. 3d Cir. [Certiorari granted, ante, p. 957.] Motions of Douglas Laycock et al. and Asbestos Victims of America for leave to file briefs as amici curiae granted. Motion of respondents Aileen Cargile et al. for divided argument denied. JUSTICE O'CONNOR took no part in the consideration or decision of these motions.